1
2
3
4
5
6
7
8                        IN THE UNITED STATES DISTRICT COURT
9                      FOR THE EASTERN DISTRICT OF CALIFORNIA
10   HARRISON SCOTT,
11              Plaintiff,                    No. CIV S-09-0710 KJM P
12        vs.
13   JAMES WALKER,
14              Defendant.                    <u>ORDER</u>
15   _____/
16              Plaintiff is a prisoner proceeding pro se with an action under 42 U.S.C. § 1983.
17   By order of August 27, 2009, the court dismissed the original complaint with leave to file an
18   amended complaint. <u>See</u> Order, docket no. 7.  The original complaint specifically alleged a
19   claim for deprivation of personal property, but, as explained in the court's order, such a claim
20   fails to state a legal ground on which relief could be granted under the Civil Rights Act. <u>Id.</u> The
21   remaining statements in the complaint were so vague and conclusory that the court was unable to
22   determine whether the remaining allegations were frivolous or failed to state a basis for relief.
23   <u>Id.</u>  Plaintiff was given thirty days in which to file a more specific pleading and advised that
24   failure to do so would result in dismissal of the entire action. <u>Id.</u>
25   /////
26   /////

1

1       Plaintiff has not submitted an amended complaint or any other filing in this case.
2 Pursuant to the court's previous order, then, this action will be dismissed.
3       Accordingly, IT IS HEREBY ORDERED that this action is dismissed without
4 prejudice.
5 DATED: October 22, 2009.

                                                    U.S. MAGISTRATE JUDGE

4
scot0710.dismiss